# EXHIBIT A

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
## COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below I represent to the Court that I have been employed by Epic Financial, LLC, Community Tax Relief, LLC, or their parents, subsidiary or affiliated companies, within the prior three (3) years, and that I have not been paid all of the wages owed to me pursuant to 29 U.S.C. §201, *et. seq.* I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: Asher Mellul

Signature: *[signature]*

Date: 3/14/2011

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below I represent to the Court that I have been employed by Epic Financial, LLC, Community Tax Relief, LLC, or their parents, subsidiary or affiliated companies, within the prior three (3) years, and that I have not been paid all of the wages owed to me pursuant to 29 U.S.C. §201, et. seq. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: _Steven M. Navas_

Signature: _[signature]_

Date: _3/14/2011_

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
## COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below I represent to the Court that I have been employed by Epic Financial, LLC, Community Tax Relief, LLC, or their parents, subsidiary or affiliated companies, within the prior three (3) years, and that I have not been paid all of the wages owed to me pursuant to 29 U.S.C. §201, et. seq. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: Leo Onticelli

Signature: [signature]

Date: 3/15/11